## Bernhard Loeff, Plaintiff in Error, v. Herbert Nicholson, Defendant in Error.

## Gen. No. 16,656.

APPEALS AND ERRORS—*effect of failure to file brief and abstract.* A motion by defendant in error to dismiss will be sustained if it appears that the plaintiff in error has failed to file his brief and abstract in accordance with the rules of the court.

Error to the Municipal Court of Chicago; the Hon. ARNOLD HEAP, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1910. Writ of error dismissed. Opinion filed April 28, 1911.

LOUIS GREENBERG, for plaintiff in error.

P. L. O'MEARA, for defendant in error.

MR. PRESIDING JUSTICE SMITH delivered the opinion of the court.

The plaintiff in error, as appears by the record of this court, has failed to prosecute his writ of error by filing his abstracts and briefs in accordance with the rules of court. The motion of defendant in error to dismiss the writ of error at the costs of plaintiff in error is therefore sustained and the writ of error is dismissed.

*Writ of error dismissed.*